UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES,<br><br>       Plaintiff,<br><br>    v.<br><br>J. ALLEN, et al.,<br><br>       Defendants. | No.  1:25-cv-01088-KES-SAB (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>Doc. 13 |

       Plaintiff Rayon Jones is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that, because plaintiff had accumulated three strikes and because he failed to meet the imminent danger exception under 28 U.S.C. § 1915(g), plaintiff's application to proceed in forma pauperis be denied and that plaintiff be required to pay the filing fee in full to proceed with this action.  Doc. 10.

       On September 22, 2025, the Court adopted the findings and recommendations and ordered plaintiff to pay the $405.00 filing fee in full within twenty-one (21) days.  Doc. 13.  Plaintiff was warned that if he failed to pay the filing fee within the specified time, this action would be dismissed without further notice.  *Id.* at 2.  Despite the Court's warning, plaintiff has failed to pay the required filing fee and the deadline for him to do so has expired.  Without such payment, the action cannot proceed before the Court.  *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

Accordingly,

1. This action is dismissed without prejudice;
2. Plaintiff's renewed motion to proceed in forma pauperis, filed October 17, 2025, Doc. 14, is denied as moot; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    November 3, 2025

UNITED STATES DISTRICT JUDGE

2